**UNITED STATES of America, Appellee,**

v.

**George D. LEISURE, Appellant.**

No. 01–1389.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2002.

Decided Feb. 11, 2002.

Before HANSEN, Chief Judge, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

**PER CURIAM.**

After George D. Leisure pleaded guilty to being a felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the district court sentenced him to 20 months imprisonment and 3 years supervised release. Leisure appeals and we affirm.

Leisure first challenges the district court's compliance with Federal Rule of Criminal Procedure 11(d) and (f). There was no error: the court questioned Leisure extensively about his competency to plead guilty before determining the plea was voluntary, and properly determined there was a factual basis for the plea. Leisure also challenges the actual voluntariness of his guilty plea and his counsel's effectiveness, but these challenges are not properly before us. *See United States v. Young,* 927 F.2d 1060, 1061 (8th Cir.), *cert. denied,* 502 U.S. 943, 112 S.Ct. 384, 116 L.Ed.2d 334 (1991).

Leisure's remaining claims concerning the Fourth Amendment, his speedy-trial rights, and his innocence, are foreclosed by his guilty plea. *See United States v. Arrellano,* 213 F.3d 427, 430 (8th Cir.2000); *Cox v. Lockhart,* 970 F.2d 448, 453 (8th Cir.1992); *cf. United States v. Beck,* 250 F.3d 1163, 1166–67 (8th Cir.2001).

Accordingly, we affirm.

A true copy.